# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1888. FLYNN v. GREENBERG TRAURIG LLC, et al.

On June 13, 2025, Darryl Cohen, counsel for one of the appellees, Joel A. Katz, filed a suggestion of death pursuant to Court of Appeals Rule 43 (a) indicating that Katz had died on April 18, 2025. Appellant Michael Flynn, on August 5, 2025, moved to substitute as a party an unidentified personal representative, or an unidentified executor or administrator for Katz's estate.

Because no such person has been identified, we hereby REMAND this case to the trial court for a hearing regarding the status, identification, and/or appointment of an executor, administrator, or personal representative, if any, for Katz's estate. OCGA § 9-11-25 (a) (1). The appellant shall have 30 days from the entry of an order by the trial court to file a new notice of appeal.

Flynn's motion to substitute a party is hereby declared MOOT. Greenberg Traurig's July 22, 2025 motion to dismiss on the basis that Flynn filed his appellate brief one day late is likewise declared MOOT. This case is REMANDED to the trial court for further proceedings consistent with this order.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/20/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.